IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARION GARFIELD HATHCOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:25cv664-MHT |
| ) | (WO) |
| CORR. OFFICER CANTEE, ) | |
| Easterling Corr. Facility, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that the defendant correctional officer and physician acted with deliberate indifference to his health and safety. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed as time-barred. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of February, 2026.

                                       /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**