IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARION GARFIELD HATHCOCK,    )
                             )
     Plaintiff,              )
                             )       CIVIL ACTION NO.
     v.                      )         2:25cv664-MHT
                             )             (WO)
CORR. OFFICER CANTEE,        )
Easterling Corr. Facility,   )
et al.,                      )
                             )
     Defendants.             )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 5) is adopted.

(2) This lawsuit is dismissed prior to service of process as time-barred.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of February, 2026.

                                         /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE